**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DERRANCE L. HARRIS** **PLAINTIFF**

**v.** **Case No. 4:17-cv-00146 KGB**

**STATE OF ARKANSAS, *et al.*,** **DEFENDANT**

**ORDER**

Before the Court is plaintiff Derrance L. Harris' motion for leave to proceed *in forma pauperis* (Dkt. No. 1) and motion to dismiss (Dkt. No. 3). Based on Mr. Harris' application, he has neither the funds nor the income to pay the filing fee. Therefore, the Court grants his motion to proceed *in forma pauperis* and permits Mr. Harris to proceed without prepayment of the filing fee (Dkt. No. 1).

While Mr. Harris is not incarcerated, pursuant to the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915, the Court must screen Mr. Harris' complaint to determine whether it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C.A. § 1915(e)(2); *Key v. Does*, 217 F. Supp. 3d 1006, 1007 (E.D. Ark. 2016) ("Although some district courts have limited section 1915(e)(2)(B)(ii) pre-service dismissal to litigants who are prisoners, . . . all of the circuit courts to address the issue have held that nonprisoner complaints can be screened and dismissed pursuant to section 1915(e)(2)(B).") (citing *Michau v. Charleston Cty., S.C.*, 434 F.3d 725, 728 (4th Cir. 2006); *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005); *Lopez v. Smith*, 203 F.3d 1122, 1126 n.7 (9th Cir. 2000); *McGore v. Wrigglesworth*, 114 F.3d 601, 608 (6th Cir. 1997) overruled on other grounds by *LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013)).

After reviewing Mr. Harris' original complaint (Dkt. No. 2), amended complaint (Dkt. No. 4), and additional amended complaint (Dkt. No. 5), the Court understands that Mr. Harris seeks damages against multiple defendants because he was stopped by a law enforcement officer while driving on Geyer Springs Road, in Little Rock, Arkansas (Dkt. No. 5, ¶ 13). Mr. Harris refers to his claims as claims for trespass and "trespass on the case." Based on Mr. Harris' allegations, the Court finds that this action is frivolous, as "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Therefore, the Court dismisses this action without prejudice. The pending motion to dismiss is denied as moot (Dkt. No. 3).

It is so ordered this the 6th day of February, 2018.

Kristine G. Baker
United States District Judge