# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DERRANCE L. HARRIS**                                                                                                            **PLAINTIFF**

v.                                  Case No.  4:17-cv-00146 KGB

**STATE OF ARKANSAS,** *et al.*,                                                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Derrance L. Harris' claims against defendants State of Arkansas, City of Little Rock, Pulaski County, Little Rock Police Department, Child Support Agency, Arkansas Department of Human Services, Department of Finance and Administration, Pulaski County Treasurer's Office, Caleb Garcia, Vic Fleming, David W. Price, Thomas M. Carpenter, Arkansas Department of Motor Vehicles, and Arkansas Child Support Enforcement Unit are dismissed without prejudice (Dkt. No. 2).

So adjudged this the 6th day of February, 2018.

_____
Kristine G. Baker
United States District Judge